

FILED by _____ **KZ** _ D.C.
ELECTRONIC

**Nov 26, 2012**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

# 12-80218-CR-MARRA/MATTHEWMAN

CASE NO._____

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
|  | ) |
| **v.** | ) |
|  | ) |
| **DYLAN HARRISON,** | ) |
|  | ) |
| **Defendant.** | ) |
|  | ) |

---

## INFORMATION

The United States Attorney charges that:

## COUNT I

Beginning in or about March 2011, and continuing to and through July 2012, in Palm Beach

County, in the Southern District of Florida, and elsewhere, the defendant,

### DYLAN HARRISON,

did knowingly and willfully combine, conspire, confederate and agree with other persons known and

unknown to the United States Attorney, to commit one or more offenses against the United States,

to wit:

(a) to manufacture, distribute and dispense, and to possess with intent to manufacture,

distribute and dispense, a mixture and substance containing a detectable amount of one or more of

the following chemical compositions:

1

     a.   1 Pentyl-3-(2,2,3,3-tetramethycyclopropoyl)indole, commonly known as UR-144; and

     b.   1-(5-fluoropentyl)-3-(2,2,3,3-tetramethylcyclopropoyl)indole, commonly known as

         5-fluoro-UR-144;

each substance constituting a Schedule I controlled substance analogue, as defined in Title 21,

United States Code, Section 802(32), and knowing that the mixture and substance was intended for

human consumption, in violation of Title 21, United States Code, Sections 841(a)(1) and 813;

     (b)  to knowingly conduct and attempt to conduct financial transactions which involved the

proceeds of specified unlawful activity, that is, violations of Title 21, United States Code, Section

841(a)(1), with the intent to promote the carrying on of said specified unlawful activity, in violation

of Title 18, United States Code, Section 1956(a)(1)(A)(i); and

     (c)  to introduce and cause the introduction into interstate commerce of misbranded drugs,

with the intent to defraud and mislead, in violation of Title 21, United States Code, Sections 331(a),

352(a) and 333(a)(2).

## OVERT ACTS

     In support of the conspiracy and to effect the object thereof, there were committed, by at least

one conspirator, one or more overt acts, to wit:

     1.  On or about March 30, 2012, in Palm Beach County, in the Southern District of Florida,

the defendant caused the delivery of approximately 20 kilograms of a controlled substance analogue

to one J.L.

     2.  On or about February 2, 2012, the defendant caused a wire transfer in the amount of

$100,000 to be made from the bank account of Kratom Lab Inc at PNC Bank to Rosbio Bulgaria

LTD, at Unicredit Bank, Sofia, Bulgaria.

All in violation of Title 18, United States Code, Section 371.

CRIMINAL FORFEITURE

Upon conviction of any of the violations alleged in Count 1 of this Information, defendant **DYLAN HARRISON** shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the violations including, but not limited to the following:

a.   One parcel of land located at 602 N. Atlantic Drive, Lantana, Palm Beach County, Florida, 33462, including all buildings, improvements, fixtures, attachments, and easements found therein or thereon, and more particularly described as:

> The North One-Half (N ½) of Lot 220, all of Lots 222 and 224 and the South Twelve and One-Half (S ½) Feet of Lot 226, Hupoluxo Island Add. No 2, according to the plat thereof, as recorded in Plat Book 15, Page 42, of the Public Records of Palm Beach County, Florida.

Tax Folio Number:40-43-44-34-10-000-2201

b.   The contents of Ameriprise Brokerage account number 0000 3616 6374 3 133 in the name of Dylan Jesse Harrison TOD.

c.   The contents of Ameriprise Strategic Portfolio Service Advantage account number 0000 1632 5206 7 133 in the name of Dylan Jesse Harrison TOD.

d.   The contents of PNC Bank account number 12 0873-3187 in the name of Elexa Klein as custodian for Stella Jane Harrison.

e.   The contents of PNC Bank account number 12 0873-3195 in the name of Elexa Klein as custodian for Eva Haze Harrison.

f.   $110,750.00 in U.S. currency.

g.   $55,563.36 in U.S. currency.

3

h.  One 2011 GMC Terrain SLT SUV, VIN 2CTFLWE52B6404294.

i.  One Ulysse Nardin Marine Diver No. 0046 watch.

j.  Eight (8) Watches: one men's Black Hublot Big Bang King, one men's black& stainless Jaquet Droz, one men's stainless IWC Schaffhausen Big Pilot, one men's titanium Luminor, one men's stainless Graham, one men's stainless steel Android Seagull Limited Edition, one men's tungsten Android, one men's black Android watch.

Pursuant to Title 28, United States Code, Section 2461, Title 18, United States Code, Section 981(a)(1)(C), and Title 21, United States Code, Section 853.

If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant,

(1)     cannot be located upon the exercise of due diligence;

(2)     has been transferred or sold to, or deposited with a third person;

(3)     has been placed beyond the jurisdiction of the Court;

(4)     has been substantially diminished in value; or

(5)     has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

4

All pursuant to Title 28, United States Code, Section 2461, Title 18, United States Code,

Section 981(a)(1)(C), and Title 21, United States Code, Section 853.


WIFREDO A. FERRER
UNITED STATES ATTORNEY


ROGER H. STEFIN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA            CASE NO. *12-80218-CR-MARRA/Matthenman*

vs.

DYLAN HARRISON,                     **CERTIFICATE OF TRIAL ATTORNEY***

                    Defendant.

_____/         **Superseding Case Information:**

**Court Division:** (Select One)         New Defendant(s)          Yes _____   No _____
                                         Number of New Defendants
_____ Miami   _____ Key West             Total number of counts    _____
_____ FTL   X   WPB   _____ FTP

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:      (Yes or No)      NO____
    List language and/or dialect     _____

4.  This case will take    5    days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                    (Check only one)

    I     0 to 5 days          X          Petty       _____
    II    6 to 10 days      _____       Minor       _____
    III   11 to 20 days     _____       Misdem.     _____
    IV    21 to 60 days     _____       Felony        X
    V     61 days and over  _____

6.  Has this case been previously filed in this District Court? (Yes or No)      NO____
    If yes:
    Judge: _____          Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?      (Yes or No)     Yes___
    If yes:
    Magistrate Case No.              12-MJ-08297-DLB_____
    Related Miscellaneous numbers:   _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the _____     District of _____

    Is this a potential death penalty case? (Yes or No)      No___

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  _____ Yes   X   No

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  _____ Yes   x   No

                                    _____
                                    Roger H. Stefin
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Florida Bar No. 0287334

*Penalty Sheet(s) attached                                    REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name:** <u>DYLAN HARRISON</u>

**Case No:** *12-80218 CR-MARRA/MATTHEWMAN*

**Count:** 1

18 USC § 371

Conspiracy to commit offense or to defraud United States

**\* Max. Penalty:** Maximum 5 Years' Imprisonment; $250,000 Fine

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. _12-80218-CR- MARRA/MATTHEWHAN_

**UNITED STATES OF AMERICA**

**v.**

**DYLAN HARRISON,**

                    **Defendant.**
_____/

## CRIMINAL COVER SHEET

1.    Did this matter originate from a matter pending in the Northern Region of the United States
      Attorney's Office prior to October 14, 2003?    _____ Yes   _X__ No

2.    Did this matter originate from a matter pending in the Central Region of the United States
      Attorney's Office prior to September 1, 2007?    _____ Yes   _X__ No

            Respectfully submitted,

            WIFREDO A. FERRER
            UNITED STATES ATTORNEY

BY:     _____
            ROGER H. STEFIN
            ASSISTANT UNITED STATES ATTORNEY
            Fla. Bar No. 0287334
            500 S. Australian Avenue, Suite 400
            West Palm Beach, FL 33401-6235
            Tel:  (561) 820-8711
            Fax: (561) 820-8777
            Roger.Stefin@usdoj.gov