# CRIMINAL COURT MINUTES
## U.S. Magistrate Judge DAVE LEE BRANNON

FILED by SA D.C.
Page: 1
NOV 26 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Courtroom Number # 2        Date: 11/26/2012        Time: 10:00 A.M.

Defendant: DYLAN HARRISON (B)    J#: _____    Case #: ~~12-8297-DLB~~ 12-80218-CR-Marra/WM

AUSA: ROGER STEFIN ✓    Attorney: IAN GOLDSTEIN, RETAINED / Neil Schuster ✓

Violation: 21:813, 841(a)(1)    Agent: TFO ERIC GILBERT-DEA

Proceeding: ARRAIGNMENT    CJA Appt: _____

Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond: _____

Bond Set at: $100,000 CSB & $500,00 PSB (WM)    Co-signed by: _____

☐ All standard conditions
☐ Surrender and/or do not obtain passport/travel docs
☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ p.m. to ___ a.m., paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to: _____
☐ Other: _____

Language: ENGLISH

Disposition: Arraignment held / Deft. present with counsel

Reading of ~~Indictment~~ Information Waived
Not Guilty plea entered
Jury trial demanded
~~Standing Discovery Order requested~~ N/A

Waiver of Indictment file

**NEXT COURT APPEARANCE**   Date: ___   Time: ___   Judge: ___   Place: ___

Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____
D.A.R. 10:02:32    Time in Court: 9 mins
Courtroom Deputy: Sandra Acevedo