UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:12-80218-Cr-Marra/Matthewman

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DYLAN HARRISON,

    Defendant.
_____/

FILED by ____ D.C.
NOV 26 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge **DAVE LEE BRANNON** on **NOVEMBER 26, 2012**, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**    Address: ON BOND

                   Prisoner#

                   Language ENGLISH

                   Telephone no.:

**DEFENSE COUNSEL:**    Name: IAN GOLDSTEIN

                   Address: 515 NORTH FLAGLER DRIVE, SUITE 910

                   WEST PALM BEACH, FLORIDA 33401

                   Telephone no.: (561) 659-0202

BOND/SET//////////: $100,000 CSB & $500,000 PSB (WM)

BOND/PTD hrg held: YES_____ NO___ BOND/PTD hrg set for_____

Dated this 26th day of NOVEMBER, 2012.

STEVEN M. LARIMORE, CLERK OF COURT

By: _____
        Deputy Clerk

c:   Courtroom Deputy, District Judge
     United States Attorney
     Defense Counsel
     United States Pretrial Service