UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
----------------------------------------------------------------------------X

UNITED STATES OF AMERICA                                                  No. 9:12-cr-80218-KAM

                                      Plaintiff,

    -against-

JOHN SHEALY, DYLAN HARRISON,

                                      Defendants,
----------------------------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO THE CLERK OF THE ABOVE COURT**:

Please enter my appearance as counsel of record for interested parties as victims, DALE PUCKETT and STONEPUCK, LLC in the above styled case.

All notices given or required to be given in this case and all papers served or required to be served in this proceeding be given to and served upon:

        **Michael A. Kaufman, Esquire.**
        **Law Office of Michael A. Kaufman, P.A.**
        **1655 Palm Beach Lakes Blvd, Suite 1012**
        **West Palm Beach, Florida 33401**
        **561-478-2878 – Telephone**
        **561-584-5555- Fax**
        **michael@mkaufmanpa.com – Email**

        Law Office of Michael A. Kaufman, PA
        1655 Palm Beach Lakes Blvd., Suite 1012
        West Palm Beach, Florida 33401
        561-478-2878 – Telephone
        561-584-5555- Facsimile
        michael@mkaufmanpa.com - Email

        */s/ Michael A. Kaufman*
        Michael A. Kaufman, Esq.
        Florida Bar No.: 628042