IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80218-CR-MARRA
Magistrate Judge Matthewman

UNITED STATES OF AMERICA,

        Plaintiff,

VS.

JOHN SHEALEY,

        Defendant.
_____/

**UNOPPOSED AMENDED MOTION TO MODIFY CONDITIONS OF RELEASE**

The defendant, John Shealey, by and through his undersigned counsel, hereby files this amended unopposed motion to modify conditions of release, and in support thereof states:

1. Mr. Shealey has been charged by Superceding Information with conspiracy to commit one or more offenses against the United States including the manufacture and possession with intent to distribute UR-144, all in violation of 18 U.S.C. § 371. The statutory maximum for this offense is five years.

2. Mr. Shealey was released on a $500,000 personal surety bond and a $500,000 corporate surety bond with a curfew from an 12:00 a.m. to 8 p.m. curfew and he was ordered to wear an electronic monitoring device.

3. Mr. Shealey is the manager/owner of Kavasutra Restaurant/Bar, located at 1100 Municipal Lane, in Melbourne, Florida 32901. Like co-defendant Dylan Harrison, Mr. Shealey's current curfew and restrictive travel conditions has impeded his ability to make work. DE 88. Since

his arrest he has had others tend to the affairs of his restaurant/bar, but as a result, his business has suffered. Moreover, Mr. Shealey has been advised that one of his employees was stealing from the establishment. Thus, unless Mr. Shealey is permitted to tend to his business, it will likely shut down. Mr. Shealey respectfully requests that his curfew and electronic monitoring device be removed (as it was for co-defendant Harrision, *see* DE 95) and that he be permitted to travel to the Middle District of Florida as a condition of his pretrial release. Mr. Shealey agrees to advise probation prior to any such travel.

4.   Mr. Shealey has complied with all of the conditions of his pretrial release. His level of exposure to federal prison time has greatly diminished from the time of the pretrial detention hearing. At the time bond was set in this matter, the government advised that the statutory maximum penalty for violating the federal analogue statute was twenty (20) years. The Information filed in this case carries a statutory maximum of five (5) years. Therefore, Mr. Shealey is much less of a flight risk, especially given the large amount of the original bond that was set in this matter.

5.   All other conditions of bond remain in full force effect.

6.   The Assistant United States Attorney Roger Stefin does not oppose Mr. Shealy's motion.

WHEREFORE, based upon the foregoing, defendant would respectfully request that his motion to modify conditions of release be granted and his curfew and electronic monitor be removed and that be he permitted to travel to the Middle District of Florida after advising pretrial services..

Respectfully submitted,

/s/ Marc David Seitles

_____

**The Law Offices of Marc David Seitles, P.A.**
2

Marc David Seitles
Fla. Bar No. 0178284

The Law Offices of Marc David Seitles, P.A.
Courthouse Center
40 N.W. 3rd Street
Penthouse One
Miami, FL 33128
Tel: (305) 403-8070
Fax: (305) 403-8210
Email: mseitles@seitleslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2012, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing the Assistant United States Attorney, Roger H. Stefin.

/s/ Marc David Seitles
_____
Marc David Seitles, Esq.