IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80218-CR-MARRA
Magistrate Judge Matthewman

UNITED STATES OF AMERICA,

        Plaintiff,

VS.

JOHN SHEALY,

        Defendant.
_____/

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE AND
PERMIT TEMPORARY TRAVEL OUTSIDE OF THE DISTRICT**

    The defendant, John Shealy, by and through his undersigned counsel, hereby files this unopposed motion to modify conditions of release and permit temporary travel outside of the district, and in support thereof states:

    1.    Mr. Shealey has been charged by Superceding Information with conspiracy to commit one or more offenses against the United States including the manufacture and possession with intent to distribute UR-144, all in violation of 18 U.S.C. § 371. The statutory maximum for this offense is five years.

    2.    Mr. Shealy is currently at liberty on a $500,000 personal surety bond and a $500,000.00 corporate surety bond with travel limited to the Southern District of Florida and the Middle District of Florida.

3. Mr. Shealy's family resides in Wisconsin and he has been unable to travel outside of the State of Florida since his arrest several months ago.

4. Mr. Shealy respectfully requests permission to travel to his parents' home in Wisconsin from December 22, 2012 through January 2, 2013 for the Christmas holiday. He would reside with his mother and father at 18864 Baythorn Way, Brookfield, Wisconsin 53045. This is the same home used to help collaterize the bond in this matter. Upon arrival at his parents' home, Mr. Shealy agrees to report to the closest United States Probation Office to advise of his whereabouts. He also agrees not to travel outside of the District of Wisconsin until his return to the Southern District of Florida on January 2, 2012.

5. All other conditions of bond remain in full force effect.

6. The Assistant United States Attorney Roger Stefin does not oppose Mr. Shealy's motion.

WHEREFORE, based upon the foregoing, defendant would respectfully request that his motion to modify conditions of release be granted and that he be permitted to travel to Wisconsin from December, 22, 2012 through January 2, 2013.

Respectfully submitted,

/s/ Marc David Seitles
_____
Marc David Seitles
Fla. Bar No. 0178284

The Law Offices of Marc David Seitles, P.A.
Courthouse Center
40 N.W. 3rd Street
Penthouse One
Miami, FL 33128
Tel: (305) 403-8070

Fax: (305) 403-8210
Email: mseitles@seitleslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17th, 2012, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing the Assistant United States Attorney, Roger H. Stefin.

/s/ Marc David Seitles
_____
Marc David Seitles, Esq.