UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
-------------------------------------------------------------------------X

UNITED STATES OF AMERICA                                    No. 9:12-cr-80218-KAM

                                            Plaintiff,

       -against-

JOHN SHEALY, DYLAN HARRISON,

                                            Defendants.
-------------------------------------------------------------------------X

### INTERESTED PARTIES AS VICTIMS, DALE PUCKETT'S AND STONEPUCK, LLC'S, MOTION FOR RECONSIDERATION OF COURT'S ORDER GRANTING MOTION TO CONTINUE TRIAL [D.E. 118]

Interested Parties as Victims, Dale Puckett and Stonepuck, LLC, (collectively hereinafter "Victims"), by and through their undersigned counsel, hereby file this Motion for Reconsideration of Court's Order Granting Motion to Continue Trial, and state as follows:

On January 4, 2013, this Court granted Defendants a continuance in its Order Granting Motion to Continue Trial ("Order") [D.E. 118].  Pursuant to the Southern District of Florida Local Rules, the deadline to file responses to Defendants' Motion does not expire until January 8, 2013 at midnight. Victims, as interested parties with respect to the instant case, wish to see this case resolved swiftly, and as such, intended to file a timely opposition to Defendants' Unopposed Motion to Continue Calendar Call and Trial [D.E. 117]. *See Interested Parties as Victims, Dale Puckett's And Stonepuck, LLC's, Motion in Opposition to Defendants' Unopposed Motion to Continue Calendar Call and Trial*, attached hereto as Exhibit A.

## CONCLUSION

For the foregoing reasons, Victims respectfully request the Court reconsider its Order to allow Victims the opportunity to file their Motion in Opposition to Defendants' Unopposed Motion to Continue Calendar Call and Trial within the applicable deadline set forth in the local rules and award other such relief as the Court deems proper.

Respectfully submitted,

Michael A. Kaufman, Esquire.
Law Office of Michael A. Kaufman, P.A.
1655 Palm Beach Lakes Blvd, Suite 1012
West Palm Beach, Florida 33401
Michael@mkaufmanpa.com
561-478-2878 – Telephone
561-584-5555- Fax


/s/ Michael A. Kaufman
Michael A. Kaufman, Esq.
Florida Bar No. 628042


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 4, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that a true and correct copy of the foregoing was served on all counsel or parties of record via transmission of Notices of Electronic Filing generated by CM/ECF.


/s/ Michael A. Kaufman
Michael A. Kaufman, Esq.
Florida Bar No. 628042