Dana Byington, L.M.H.C., C.A.P. Inc.
321 Northlake Blvd. Suite 214A
North Palm Beach, Fl. 33408
(561) 848-1399, Ext. #2

August 12, 2013

Re: Dylan Harrison
DOB:

To Whom It May Concern:

This report is to inform the Court of the progress made by Dylon Harrison since he entered into Psychotherapy with me on June 30, 2012.

Dylon was first referred to treatment because of steroid addiction, which he immediately addressed by stopping his use of steroids, entering the 12-Step Program of Narcotics Anonymous and attending meetings at least five times a week. In very short time he attained a Narcotics Anonymous Sponsor to help him understand the program, work the 12 Steps and apply these tools and principles in his daily life. He still attends his meetings on a regular basis.

Not only has Dylon addressed his addiction, he has had to address the unmanageability in his life, the problems in his marriage and his emotional distress. Dylon was faced with a very tall mountain to climb.: He had to put his whole life back together by essentially starting over. He took on this responsibility by enrolling in a series of three intensive self-help workshops (lasting 4-6 days a piece) which confronted negative beliefs and behaviors which plagued him his whole life; and then having him take responsibility for living a physically and emotionally healthy and happy life. These workshops completely changed him in a positive way.

Then he and his wife came to marital counseling to mend their relationship and to improve their parenting skills for their two young daughters.

In the past 13 months I have seen a transformation in Dylan. He has moved from self-centered to other-centered, he has become a loving and supportive husband to his wife and a healthy parent for his children. I believe these changes are real and they are permanent and that Dylon will continue this work on himself in psychotherapy, marriage counseling and his 12- step program.

Respectfully;

Dana Byington L.M.HC., CAP

Dana Byington, L.M.H.C., C.A.P.

Dear Honorable Judge Kenneth Marra,                             08/09/13

    I am Dylan Harrisons mother, as I know you will receive a lot of letters concerning Dylan's case
I will keep it simple.

    Dylan is an amazing son, husband, brother and most of all a father. His young daughters
ages 2 & 4 years old, constantly make reference to their father each and every day.
Please as I know you will take us all into consideration when you make your decision.

If at any time I can elaborate on his relationship with myself, his children and his wife please feel free to call upon me. This has been an incredibly hard time for all of us. I don't believe Dylan to be a danger to anyone. I believe Dylan to be an asset to anyone he comes into contact with.

Sincerely,

Lisa K. Harrison

*Lisa K Harrison*
*710 Franklin Rd.*
*West Palm Beach Fl.*
    *33405*
███████████ cell

August 9, 2013

The Honorable Kenneth Marra

United States District Court for the Southern District of Florida

Dear Judge Marra,

I'm writing this in regards to Dylan Harrison, a dear friend of mine. I have known him for a few years, having met him at his kava bar in Lake Worth when I was living on Lucerne Ave at the time. I have learned a lot from him and wanted to write this letter after hearing about his sentencing.

I've worked professionally in the TV business for some time and met Dylan as I was living in Florida during some off time. I've edited news for NBC, ABC, NASCAR and many other networks. I have lived in both Florida and New York for the past few years, and meeting Dylan is one thing that has made my entire relationship with Florida so special. The following writing basically sums up my entire friendship with him and the impact he has had.

--

Most people in life are takers. They are out to obtain things for themselves with virtually no regard for others. Dylan is far from being one of those. In fact, he has always been the opposite--- before, during, and even after all this.

The more time I spent with Dylan the more I started to really look at people for who they are. He always saw people--- what they liked, *who they are*. I sometimes think he saw who I was before I even saw it myself.

Dylan always seemed to have this effect on people that some people don't even notice. It really has to be felt in order to be understood. His free-spirited energy pulls the best out of people, revealing a side that they never knew existed within themselves. Beyond encouragement, he pulled it out of them, almost inventing it---An unrealized potential that nobody knew they had. Except Dylan. He knew all along.

I never asked for much of anything at all from Dylan but was always drawn to him as a friend because of these reasons. Spending hours talking to him seemed to always result in a more realized sense of self by the end of the night.

I can remember countless times that I would visit Dylan at his home, and I was always fed, always told that if it got too late I could sleep over. When I moved back to NY and would come visit, I was always offered a ride from the airport, and a place to stay if I didn't want to stay in a hotel. All the while Dylan was there for his friends, I watched him be incredibly loving to his wife and children. I really don't know how he finds the energy, but being there for others is what he's all about. It just comes natural to him. I can remember another time he visited me in NY and when he met friends of mine he was so interested in who they were. What were their goals in life? What did they value in life?

Dylan's insight and care about people is such a unique, special thing that brings a lot of joy to many people's lives. I've been in situations where he has literally trusted me with everything and I could never let him down. His high expectations in people manifest in such a compelling way.

A friendship this genuine is just so hard to find. It's people like him that make everyone a better person. Everyone becomes their best self around him. Their true self.

In a weird way, everything about this case matters to me. It shouldn't, you would assume I don't welcome such a bother. My life is, well, relatively good here in NY, I musn't welcome such drama in high regard, right?

Wrong. Obviously I wouldn't be writing this if I felt this way. I think the case here is symbolic for a lot of things. I interpret it in a lot of ways, a giving person who gives so much, gives all he can give, and is punished for the textured path he took to become this person. But I know that person, and forgetting about how we got here, just for a moment, seeing where we are in this situation, we are all made a little bit stronger. We've all learned a lot. We, as friends and supporters of Dylan, are all taught to read between the lines, examine the true meaning of things. I know I do. And I may have never done so if it weren't for him.

*Kevin Fusco*

*226 East 14th Street, APT 4R*

*New York, NY 10003*

*917-300-8344*

Kenneth A Rubenstein
Rubensteins
102 St. Charles Ave
New Orleans, LA 70130

To whom it may concern,

I am writing to you today to give you a little insight into the character and personality of Dylan Harrison. When I first met Dylan, he struck me as a bull in a china shop type of guy. Very quickly I began to realize that Dylan uses a gruff "My way or the highway" exterior to protects his "bigger than life" heart that is bursting with love and compassion.

Dylan's desire to help the children of the Osborne School inspired him to go on a hunger strike until the entire amount of $20,000 was raised which took 3.5 days. While that is wonderful by itself, his actions AND his phone call to me, 800 miles away, inspired me to also participate because Dylan enrolled me in his passion and dedication. I share this example to illustrate the power and influence that Dylan controls and can use to change the world for the better.

I respect and applaud the efforts of the justice department in all they do to keep our country safe. Although Dylan made have made mistakes, I feel a bigger mistake would be removing Dylan from the public environment where he can influence and change our world for the better. Incarceration in an environment surrounded by bad influences and criminal elements would undermine the changes and growth I have seen in Dylan over the last year.

Most importantly, Dylan's absence from his beautiful children's lives would have a profound and negative effect on his family. Dylan has an opportunity to be an example for his family for redemption and change. I have no doubt that the Dylan I know will use his freedom and his capacity for love and generosity to transform this world.

Your honor, I would request that you use the leniency at your discretion and give Dylan the opportunity to show the world the Dylan I know!

Thank you for your consideration,

Sincerely,


Kenneth A. Rubenstein
Owner
Rubensteins New Orleans