UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 12-80218-CR

Plaintiff
vs.

Dylan Harrison

### SENTENCING MINUTES

DATE: 8/14/13   Court Reporter: ~~Stephen Franklin~~ Karl Shires

AUSA: Roger Stefin   Defense Counsel: Ian Goldstein / Neil Schuster

Deputy Clerk: Irene Ferrante

### JUDGMENT AND SENTENCE

Imprisonment  12 mos & One day  MONTHS as to COUNTS  One

Probation _____ YEARS as to COUNTS _____

Supervised Release  2  YEARS as to Counts _____

___ Association restriction   ___ Employment Requirement   ✓ Permissible Search   ___ Deportation

✓ Mental Health Treatment   ✓ Substance abuse treatment   ___ Financial disclosure   ___ No debt

___ No self-employment   ___ Related concern restriction   ___ Sex offender conditions

forfeiture order entered

Assessment $ 100.00   Fine  Ø   Restitution: 10-4-13 @ 9:30 AM

___ Counts remaining dismissed on Government motion _____

✓ Defendant advised of his right to appeal.

___ Remanded to U.S. Marshal

✓ Voluntary Surrender on or before  10-18-13 by 2:00 pm

Recommendation to the Bureau of Prisons  South Florida FPC-Miami

Time in court:  1:45